HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
CHRISTIAN RUBIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN RUBIO,<br><br>　　　　　　Defendants. | NO. 2:14-cr-242 TLN<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE:　November 13, 2014<br>TIME:　　9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, OLUSERE OLOWOYEYE, Assistant United States Attorney, attorney for Plaintiff, DOUGLAS BEEVERS, attorney for defendant CHRISTIAN RUBIO that the status conference hearing date of September 11, 2014 be vacated, and the matter be set for status conference on November 13, 2014 at 9:30 a.m.

　　　Defense counsel requires the continuance to consult with his client about discovery, and to conduct investigation.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 13, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order　　　　　　　　　　-1-

Dated: September 8, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CHRISTIAN RUBIO

Dated: September 8, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Olusere Olowoyeye*
OLUSERE OLOWOYEYE
Assistant United States Attorney
Attorney for Plaintiff

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 11, 2014 status conference hearing be continued to November 13, 2014, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the November 13, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

Dated: September 9, 2014

Troy L. Nunley
United States District Judge