1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   CHRISTIAN RUBIO
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  NO. 2:14-cr-242 TLN
11                                  )
                       Plaintiff,   )  STIPULATION AND ORDER
12                                  )  TO CONTINUE STATUS CONFERENCE
           v.                       )
13                                  )  DATE: December 11, 2014
   CHRISTIAN RUBIO,                 )  TIME: 9:30 a.m.
14                                  )  JUDGE: Hon. Troy L. Nunley
                       Defendants.  )
15                                  )

16
       IT IS HEREBY STIPULATED by and between the parties hereto through their
17
   respective counsel, OLUSERE OLOWOYEYE, Assistant United States Attorney, attorney for
18
   Plaintiff, DOUGLAS BEEVERS, attorney for defendant CHRISTIAN RUBIO that the status
19
   conference hearing date of November 13, 2014 be vacated, and the matter be set for status
20
   conference on December 11, 2014 at 9:30 a.m.
21
        The reason for this continuance is due to a scheduling conflict, as defense counsel will
22
   be in trial for another case (U.S. v Peel, 2:14-cr-192-GEB).
23
       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
24
   should be excluded from the date of signing of this order through and including
25
   December 11, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to
26
   prepare] and Local Code T4 based upon continuity of counsel and defense preparation.
27

28

   Stipulation and Order                    -1-

| | |
|---|---|
| Dated: November 7, 2014 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTIAN RUBIO |
| Dated: November 7, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Douglas Beevers for*<br>OLUSERE OLOWOYEYE<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 13, 2014 status conference hearing be continued to December 11, 2014, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 11, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

DATED: November 10, 2014

Troy L. Nunley
United States District Judge

Stipulation and Order -2-