1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA  95814
4 | Tel: 916-498-5700/Fax: 916-498-5710
douglas_beevers@fd.org
5
Attorney for Defendant
6 | CHRISTIAN RUBIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:14-CR-00242 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
|  | ) CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) EXCLUDE TIME |
| CHRISTIAN RUBIO, | ) Date: April 16, 2015 |
|  | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Olusere Olowoyeye, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christian Rubio, that the status conference scheduled for January 29, 2015 be vacated and be continued to April 16, 2015 at 9:30 a.m.

The grounds for continuance are that Defense counsel requires additional time to investigate the case and review the evidence with the Defendant at the Nevada City jail.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 16, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| DATED: January 21, 2015 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas J. Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender<br>Attorney for Christian Rubio |
| DATED: January 21, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ by Douglas J. Beevers with consent*<br>OLUSERE OLOWOYEYE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 16, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the January 29, 2015 status conference shall be continued until April 16, 2015, at 9:30 a.m.

Dated:  January 22, 2015

_____
Troy L. Nunley
United States District Judge