HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CHRISTIAN RUBIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN RUBIO,<br><br>Defendant. | Case No.  2:14-CR-00242 TLN<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA, AND TO EXCLUDE TIME<br><br>Date: December 3, 2015<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christian Rubio, that the status conference scheduled for December 3, 2015 be vacated and a change of plea hearing be set for December 17, 2015 at 9:30 a.m.

The grounds for continuance are that the parties need additional time to discuss and finalize plea negotiations. Furthermore, the Spanish interpreter for the Federal Defender's Office is currently unavailable to meet with Mr. Rubio at the Nevada County Jail due to pre-scheduled annual leave.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of December 1, the date of the parties' stipulation, through and including December 17, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

| | | |
|---|---|---|
| DATED: December 1, 2015 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Douglas J. Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender<br>Attorney for Christian Rubio |
| DATED: December 1, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ by Douglas J. Beevers with consent*<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders from the time of the parties' stipulation, December 1, 2015, up to and including December 17, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the December 3, 2015 status conference shall be vacated and a change of plea hearing shall be scheduled for December 17, 2015, at 9:30 a.m.

Dated:  December 1, 2015

_____
Troy L. Nunley
United States District Judge