HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CHRISTIAN RUBIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:14-CR-00242 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO |
|  | ) | CONTINUE CHANGE OF PLEA HEARING, AND |
| vs. | ) | TO EXCLUDE TIME |
|  | ) |  |
| CHRISTIAN RUBIO, | ) | Date: December 17, 2015 |
|  | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
|  | ) |  |
|  | ) |  |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christian Rubio, that the change of plea hearing scheduled for December 17, 2015 be continued to January 7, 2016 at 9:30 a.m.

The United States has provided to defense counsel a written plea agreement.  However, the defendant's primary language is Spanish and defense counsel has not been able to arrange time with a Spanish/English language interpreter to translate the plea agreement from English to the Spanish language at Nevada City Jail.  In addition, defense counsel needs additional time to discuss:  (1) the ramifications of accepting the plea agreement versus proceeding to trial with the defendant; and (2) any counteroffer that the defendant wants to the United States.  These tasks are made more difficult as an interpreter is needed to facilitate this work.  In sum, a continuance and additional time are needed by defense counsel to discuss settlement with the defendant and

1 the United States.

2     Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of December 15, 2015 the date of the parties' stipulation, through and including January 7, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

DATED: December 15, 2015     Respectfully submitted,
    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Douglas J. Beevers*
    DOUGLAS J. BEEVERS
    Assistant Federal Defender
    Attorney for Christian Rubio

DATED: December 15, 2015     BENJAMIN B. WAGNER
    United States Attorney

    */s/ by Douglas J. Beevers with consent*
    SAMUEL WONG
    Assistant U.S. Attorney
    Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders from the time of the parties' stipulation, December 15, 2015, up to and including January 7, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the December 17, 2015 change of plea hearing shall be continued to January 7, 2016, at 9:30 a.m.

Dated:  December 15, 2015

Troy L. Nunley
United States District Judge